## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACLYN COBB, | 3:11–cv-00840-LRH-WGC |
| Plaintiff, | **MINUTE ORDER** |
| v. | |
| ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, *et al.*, | March 12, 2012 |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. MCQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   NONE APPEARING       REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Relief from Early Neutral Evaluation (#21[1]).  Good cause appearing,

Plaintiff's Motion for Relief from Early Neutral Evaluation (#21) is **GRANTED**.  The Early Neutral Evaluation currently scheduled for April 3, 2012 at 01:30 pm is hereby **VACATED**.  However, **IT IS ORDERED**, that a hearing Re: ENE Status Conference is set for Tuesday, 4/3/12 at 1:30 p.m. (Pacific Time) in a Reno Courtroom to be determined before Judge Robert A. McQuaid.

**IT IS FURTHER ORDERED**, counsel requesting to appear telephonically at the hearing shall notify Courtroom Deputy, Dionna Negrete at (775) 686-5829 or dionna_negrete@nvd.uscourts.gov, no later than Monday, 3/26/12, and provide telephone contact numbers.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk

---

[1] Refers to court's docket number.