# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACLYN COBB, | ) | 3:11–cv-00840-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| ARAMARK SPORTS AND ENTERTAINMENT | ) | March 12, 2012 |
| SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. MCQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Relief from Early Neutral Evaluation (#21[1]).  Good cause appearing,

Plaintiff's Motion for Relief from Early Neutral Evaluation (#21) is **GRANTED**.  The Early Neutral Evaluation currently scheduled for April 3, 2012 at 01:30 pm is hereby **VACATED**. However, **IT IS ORDERED**, that a hearing Re: ENE Status Conference is set for Tuesday, 4/3/12 at 1:30 p.m. (Pacific Time) in a Reno Courtroom to be determined before Judge Robert A. McQuaid.

**IT IS FURTHER ORDERED**, counsel requesting to appear telephonically at the hearing shall notify Courtroom Deputy, Dionna Negrete at (775) 686-5829 or dionna_negrete@nvd.uscourts.gov, no later than Monday, 3/26/12, and provide telephone contact numbers.

LANCE S. WILSON, CLERK

By:        /s/
                Deputy Clerk

---

[1]Refers to court's docket number.